In the Matter of Proving the Last Will and Testament of SAMUEL TATTERSALL HOBSON, Deceased. WILLIAM R. HOBSON, Appellant; GEORGE T. RECORD and MARTHA C. RECORD, as Executors, etc., of SAMUEL TATTERSALL HOBSON, Deceased, Respondents.— Appeal from a decree of the Surrogate's Court of Rockland county admitting to probate as the last will and testament of Samuel T. Hobson, deceased, a paper writing bearing date the 21st day of April, 1930. The sole issue presented by the appeal is whether the instrument was duly executed. Decree unanimously affirmed, with costs to the parties filing briefs, payable out of the estate. No opinion. Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ.

In the Matter of Supplementary Proceedings: NATHAN KANCHUGER, Appellant, v. DANIEL GREENBERG, Respondent.— Order denying motion of judgment creditor for an order under section 793 of the Civil Practice Act, requiring payments to be made on account of the indebtedness of a judgment debtor, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ., concur.